UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY R. THOMPSON,<br>2210 Adams Place, N.W.<br>Washington, D.C. 20009<br><br>*Plaintiff*,<br><br>v.<br><br>PARK POLICE ENFORCEMENT,<br>1400 I Street, N.W.<br>Washington, D.C. 20005<br><br>OFFICER POWELL,<br>1400 I Street, N.W.<br>Washington, D.C. 20005<br><br>OFFICER POLES<br>1100 Ohio Drive, S.W.<br>Washington, DC 20242<br><br>and<br><br>OFFICER SANTOS<br>1400 I Street, N.W.<br>Washington, D.C. 20005<br><br>*Defendants*. | Civil Action No. 24-0185 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. § 1442(a)(1), Defendant Court Services and Offender Supervision Agency ("USPP"), by and through undersigned counsel, hereby file this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon:

1. Defendant Court Services and Offender Supervision Agency is in receipt of a complaint in the case of *Shirley R. Thompson v. Park Police Enforcement et al.,* Case No. 2023-CAB-006695 (D.C. Super. Ct.) in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action"). Plaintiff Shirley R. Thompson alleges that she was attacked with

the excessive force, racial slurs, and a fake and falsified claim of "trespassing", "treason" and "deliberate deception."

2. The Court Services and Offender Supervision Agency is an independent establishment of the United States. Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

3. A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: January 22, 2024
       Washington, D.C.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ *Patricia K. McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-7123

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I caused a copy of the foregoing Notice of Removal of a Civil Action to be served upon Plaintiffs by first class mail marked for delivery to:

SHIRLEY R. THOMPSON,
2210 Adams Place, N.W.
Washington, D.C. 20009

   /s/ *Patricia K. McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
202-252-7123